COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983

NAME   WEAVER                    WILLIE
       (LAST)                    (FIRST)

PRISONER NUMBER   J-91...

INSTITUTIONAL ADDRESS  PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)
        PLAINTIFF,

VS.

CORRECTIONAL OFFICER Rich CREEK

        DEFENDANT
ENTER THE FULL NAME OF THE DEFENDANT IN THIS ACTION

CASE NO.  4313
TO BE PROVIDED BY THE CLERK OF COURT

JW (PR)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 U.S.C 1983

ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
(NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE YOUR CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UN EXHAUSTED CLAIMS.)
A. PLACE OF PRESENT CONFINEMENT
   P.S.U
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES(✓) NO( )   (1)

FILED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE?

D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF APPEAL AT EACH LEVEL OF REVIEW. IF YOU DID NOT PURSUE A KERTAIN LEVEL OF APPEAL, EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____
4. THIRD FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU? YES ( ) NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE, EXPLAIN WHY.
   STILL BEING PROGESS

II. PARTIES.
   A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY  WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531.
   B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
      CORRECTIONAL OFFICER Rich CREEK

III STATEMENT OF CLAIM,
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND TO INCLUDE DATES, WHEN POSSIBLE. DO NOT GIVE ANY LEGAL AGGUMENTS OR CITE ANY CASES OR STATUTES. IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE FORTH IN A SEPARATE NUMBERED PARAGRAPH. ON 08/11/07 THERE WAS STORE, CANTEEN PAST OUT, PLAINTIFF PUT IN FOR STORE CANTEEN ON 08/31/07 CORRECTIONAL OFFICER MILLER PAST OUT STORE, CANTEEN ON 08/11/07 which PLAINTIFF HAVE TWO COMPLAINTS AGAINST BEFORE THIS HAPPEN, CORRECTIONAL OFFICER MILLER WITH HELD PLAINTIFF STORE, CANTEEN, CORRECTIONAL OFFICE MILLER TOLD PLAINTIFF, THAT ALL YOU did TO ME, YOU HAVE NOTHING COMEING. THIS IS HARRASSMENT, PENAL CODE 646.9 CONSPIRACY, PENAL CODE 182 THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMEND-MENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT, PLAINTIFF HAVE NOTHING IN CELL

(3)

IV. RELIEF.

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS; CITE NO CASES OR STATUTES.

LIABILITY DAMAGES; 25,000 TWENTY FIVE THOUSAND DOLLARS, DUE TO: HARRASSMENT, CONSPIRACY, U.S. CONSTITUTION VIOLATIONS.

PUNITIVE DAMAGES; 25,000 TWENTY FIVE THOUSAND DOLLARS, DUE TO: MENTAL STRESS DISORDER, SECONDARY DEPRESSIVE DISORDER POST-TRAMATIC STRESS DISORDER

SIGNED THIS  08/15/07  DAY OF  15   2007

Willie Weaver
(PLAINTIFF SIGNATURE)

(4)