FILED
08 FEB 29 PM 12:52
[Clerk, U.S. District Court, Northern District of California stamp]

02/23/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.
PELICAN BAY STATE
PRISON
    DEFENDANT

CASE NO. CV-07-04313 JW

MOTION TO VACATE JUDGEMENT

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK;

PLAINTIFF MOVE IN THIS COURT FOR AN ORDER PURSUANT TO RULE 59(E) OF THE FEDERAL RULES OF CIVIL PROCEDURE VACATING THE JUDGEMENT OF THIS COURT. THIS MOTION IS BASED ON THE PAPERS AND FILES.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER, PLAINTIFF,   CASE NO. CV-07-04313 JW

VS.

PELICAN BAY STATE PRISON, DEFENDANT

PROOF OF SERVICE

I hereby certify that on: 02/23/08, I served a copy of the attached three exact Motion to Vacate Judgement by placing a copy in a postage paid envelope addressed to the person(s) here in after listed by depositing said envelope in the United States Mail at: Pelican Bay State Prison P.O. Box 7000 Crescent City, CA. 95531.

(List name and address of each defendant or attorney served) Office of the Clerk; United States District Court Northern District of California 450 Golden Gate Avenue San Francisco, CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Willie Weaver
SIGNATURE