WILLIE WEAVER
J-91384
PELICAN BAY STATE
PRISON  P.O. Box 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666   FEB 25
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

CASE NO, CV-07-
JW
IN THE UNITED ST
DISTRICT COURT
THE NORTHERN D
OF CALIFORNIA
SAN FRANCISCO, CA